UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA ROOM 110

DEFT:  TAYYAB ISMAIL (J)#19446-104          CASE NO:  18-6588-HUNT

AUSA:  K. GILBERT (J. ANTON DUTY AUSA)          ATTY:

USPO:
                                              VIOL:  18:U.S.C.§ 842

PROCEEDING:  INITIAL APPEARANCE          RECOMMENDED BOND:

BOND/PTD  HEARING HELD - yes / no          COUNSEL APPOINTED:  *FPD. C. DOAKES.*

BOND SET @:                                To be cosigned by:

*Gov't Moves to Unseal Complaint. Court Grants Request. Order Signed.*

❏  All standard conditions

❏  Do not encumber property.

❏  Surrender and / or do not obtain passports / travel documents.

❏  Rpt to PTS as directed /  or_ x's a week/month by phone; _ x's a week/month in person.

❏  Random  urine testing by Pretrial Services. _____
   Treatment as deemed necessary.

*Advised of Charges. Sworn/Test for Court Appt.*

❏  Maintain or seek full - time employment.

❏  No contact with victims / witnesses.

❏  No firearms.          *FPD. C. DOAKES.*

❏  Electronic Monitoring:

❏  Travel extended to:

❏  Other:

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|

REPORT  RE
COUNSEL:

PTD/BOND
HEARING:  *Wednesday Dec 26, 2018 at 10am Duty*

PRELIM/**ARRAIGN** OR
REMOVAL:          **WEDNESDAY JANUARY 2, 2019 AT 11 AM DUTY (SELTZER)**

STATUS RE
EXTRADITION/HRG:

DATE:  **12/17/18**   TIME:  **11:00 AM**   FTL/TAPE/#   *15 mins*   Begin   **DAR:**   *12:32:36 - 12:40:43*
                                          BSS-

***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT ****** YES OR NO DAR:

*Recalled: 12:46:22 - 12:49:27*