**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

CASE NO. 0:18-mj-06588-PMH

UNITED STATES OF AMERICA,

               Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

               Defendant.

_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW, the Defendant, TAYYAB TAHIR ISMAIL (hereinafter referred to as "Defendant"), by and through undersigned counsel, DAVID A. NUNEZ, ESQ., and hereby respectfully notices this Honorable Court that counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the Defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Dated:  12/20/18

Respectfully submitted,

/s/ David A. Nunez
David A. Nuñez, Esq.
(Florida Bar No: 646776)
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL   33130
Tel:    (305) 722-9898
Fax:    (305) 371-9197
Email: david@nunez-law.com

## CERTIFICATE OF CM/ECF SERVICE

**I HEREBY CERTIFY** that on December 20, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to:  **AUSA Karen E. Gilbert, Esq.,** United States Attorney's Office**,** 99 NE 4th Street, Miami, FL 33132, at:   Karen.gilbert@usdoj.gov; and, all other parties of record.

Respectfully submitted,

/s/ David A. Nunez
David A. Nuñez, Esq.
(Florida Bar No: 646776)
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL   33130
Tel:    (305) 722-9898
Fax:    (305) 371-9197
Email: david@nunez-law.com