UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6588-HUNT

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TAYYAB TAHIR ISMAIL,

     Defendant.

_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that his appointment as counsel for the Defendant, Tayyab Tahir Ismail, be terminated as the Defendant has retained David Anthony Nunez, Esquire, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:    s/ *Jan C. Smith, II*
        Assistant Federal Public Defender
        Florida Bar No. 0117341
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301-1842
        Tel: 954-356-7436
        Fax: 954-356-7556
        E-Mail: Jan_Smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    s/   *Jan C. Smith, II* AFPD