UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6588-HUNT

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TAYYAB TAHIR ISMAIL,

     Defendant.

                             /

### ORDER TERMINATING APPOINTMENT OF COUNSEL

This Cause is before the Court on the Motion to Terminate Appointment as Counsel. As the Defendant has retained David Anthony Nunez, Esquire, to represent him in this proceeding, it is accordingly,

ORDERED AND ADJUDGED that the Federal Public Defender's motion for termination of appointment as counsel is **GRANTED** and he is relieved of further duties in this cause.

DONE AND ORDERED at Fort Lauderdale, Florida this _____ day of December 2018.

 

                                                           
HONORABLE PATRICK M. HUNT
UNITED STATES DISTRICT JUDGE

cc:    Jan C. Smith, II, AFPD
       Karen E. Gilbert AUSA
       David Anthony Nunez, Esquire

1