**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60352-CR-MOORE**

**UNITED STATES OF AMERICA**

**v.**

**TAYYAB TAHIR ISMAIL,**
                    **Defendant.**
_____/

**GOVERNMENT'S MOTION TO DESIGNATE**
**CLASSIFIED INFORMATION SECURITY OFFICER**

Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated under Section 9 of CIPA, the United States of America hereby files this unopposed motion for the appointment of a Classified Information Security Officer ("CISO") and Alternate CISOs in this case.

This is a criminal matter in which the grand jury has returned an indictment charging Defendant with five (5) Counts of distribution, by any means, of information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, or weapon of mass destruction, in violation of 18 U.S.C. § 842(p)(2). This case involves classified materials and will involve filings pursuant to CIPA.

To assist this Court and its personnel in the handling of motions pursuant to CIPA and in the implementing of certain orders relating to this case, the government requests that this Court designate Carli V. Rodriguez-Feo as the CISO, who will on behalf of this Court assume appropriate responsibilities and perform prescribed duties related to CIPA and the handling of classified materials.

1

The government further requests that this Court designate the following persons as Alternate CISOs, to serve in the event Ms. Rodriguez-Feo is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Harry J. Rucker, and W. Scooter Slade

For all of the foregoing reasons, the government respectfully requests that this Court appoint a CISO and Alternate CISOs in this case.  The government has contacted defense counsel about this motion and has been informed that defense counsel agrees to the entry of the proposed Order.  A proposed Order granting this motion is attached hereto as Exhibit A.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By:   /s/ *Karen E. Gilbert*_____
Karen E. Gilbert
Assistant United States Attorney
Florida Bar No. 771007
99 N.E. 4th Street, Suite 815
Miami, Florida 33132
Tel: (305) 961-9161
Fax:(305) 536-4675
karen.gilbert@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

s/ *Karen E. Gilbert*
Karen E. Gilbert
Assistant United States Attorney

2