**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 18-60352-CR-MOORE/SNOW**

**UNITED STATES OF AMERICA,**

**v.**

**TAYYAB TAHIR ISMAIL,**

   **Defendant.**

                                                                    /

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Speedy Trial Report, pursuant to Local Rule 88.5(b).

On December 14, 2018, the Defendant was arrested pursuant to a criminal complaint. (DE 1). On December 20, 2018, an Indictment was returned by the Grand Jury. (DE14). The defendant appeared before a United States Magistrate Judge on December 26, 2018, and was arraigned on this Indictment. (DE 15).

This case is currently set for trial during the trial period beginning February 19, 2019. A calendar call is scheduled for February 14th.

The United States respectfully submits that the time period from the arraignment until the date of this Report is twenty (20) days. Thus, there have been twenty (20) days of non-excludable time. If no motions are filed prior to the calendar call, at that time, there will be fifty (50) days of

non-excludable time.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: /s/ *Karen E. Gilbert*
 KAREN E. GILBERT
    Assistant United States Attorney
    Fla. Bar no. 771007
    99 NE 4th Street
    Miami, Florida 33132
    Telephone: (305) 961-9161
    Fax: (305) 536-4675
    Karen.gilbert@usdoj.gov

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 15, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/*Karen E. Gilbert*
KAREN E. GILBERT
Assistant United States Attorney