UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60352-CR-MOORE/SNOW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

       Defendant.

_____

**ORDER**

       THIS CAUSE is before the Court on the Government's unopposed Motion to Designate Classified Information Security Officer (ECF No. 21), which was referred to United States Magistrate Judge, Lurana S. Snow.  The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information.   Being fully advised, it is hereby

       ORDERED AND ADJUDGED that the Government's unopposed motion is GRANTED as follows.

       The Court hereby appoints **Carli Rodriguez-Feo, Security Specialist**, as the Classified Information Security Officer in the above captioned case.  The Court further appoints Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Harry J. Rucker, and W. "Scooter" Slade, as Alternate Court Security Officers in the above captioned case.

       DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of January, 2019.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record