UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-60352-MOORE/SNOW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

                Defendant.

_____/

**DEFENDANT'S AFFIDAVIT IN SUPPORT OF WAIVER OF STATUTORY RIGHT TO SPEEDY TRIAL AND IN SUPPORT OF UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

I, TAYYAB TAHIR ISMAIL, being duly sworn hereby depose and state:

1. I understand the speedy trial act commands that a Defendant's trial commence within 70 days of my December 26, 2108 arraignment. See 18 U.S.C. § 3161(c)(1) ("in any case in which a plea of not guilty is entered, the trial of a defendant charged in an…indictment…shall commence within 70 days from…the date the defendant has appeared before a judicial officer."). I ask the Court to permit a formalized waiver of my right to speedy trial for 60 days beyond the present trial date to include until April 22, 2019.

2. I am fully aware of my right to be speedily tried on the indictment. I adopt and fully agree with the motion to continue.

****Remainder of Page Intentionally Left Blank****

TTI

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

_____

TAYYAB TAHIR ISMAIL
Reg. No. 19477-104
FDC Miami
P.O. Box 019120
Miami, FL

Respectfully submitted,

/s/ DAVID A. NUNEZ
David A. Nuñez
Florida Bar No. 646776
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL   33130
Telephone:  305-722-9898
Facsimile:   305-371-9197
Email: david@nunez-law.com

**CERTIFICATE OF CM/ECF SERVICE**

I HEREBY CERTIFY that on __January 24, 2019__, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: **Karen E. Gilbert, AUSA,** Office of the U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

By:/s/ DAVID A. NUNEZ
David A. Nuñez

2