**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Ft. Lauderdale Division**

CASE NO. 18-CR-60352-MOORE/SNOW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 60-DAY CONTINUANCE OF TRIAL

**THIS MATTER** having come before the Court on the Defendant's Unopposed Motion for 60-Day Continuance of Trial and Waiver of Right to Speedy Trial, and the Court being duly advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that calendar call which was previously scheduled for February 14, 2019, at 2:00 p.m. is rescheduled for _____, 2019, at _____ and trial shall commence on _____.

**DONE AND ORDERED** in Chambers in Miami, Florida this ____ day of January, 2019.

                                 _____

                                 K. MICHAEL MOORE
                                 CHIEF JUDGE, SD FL.

cc:    Karen E. Gilbert, AUSA
       David A. Nuñez