**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-CR-60352-MOORE/SNOW

UNITED STATES OF AMERICA,

                Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

                Defendant.

_____/

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME (FEBRUARY 22, 2019)**
**IN WHICH TO FILE PRETRIAL MOTIONS**

The Defendant, TAYYAB TAHIR ISMAIL, respectfully moves this Honorable Court to enter an order granting a 30-day extension of time in which to file pretrial motions.  In support thereto, Defendant avers:

1. The Standing Discovery Order was entered on December 26, 2018. Motions are due twenty-eight (28) days thereafter, or not later than January 23, 2019.

2. The charged conduct under Title 18, United States Code, Section 842(p)(2)(A), claims the Defendant described on the Internet on five separate occasions, the last occurring in August 2018, how to construct a destructive device and that he intended the device be unlawfully used.

3. There is substantially more discovery the government intends to produce but both technology limitations and time have not permitted complete production. The government produced at an informal discovery conference with the undersigned, (1) the results of a search warrant served on Google, the contents of which encompasses 8

CD-Rom discs, (2) portions of the contents of the Defendant's telephone, a device which contains hundreds of thousands of reviewed and unopened messages from chat rooms, and (3) asked the Defendant to provide a four terabyte ("TB") external hard drive onto which the Government intends to copy portions of his computer and provide a portion of the contents of his hard drive.

4. The Defendant is advised that there are at least three separate search warrants, varied waivers, multiple interviews, along with discovery encompassing far more that just 4 TB of information.

5. The undersigned counsel discussed this motion with AUSA Gilbert who does not oppose the relief requested.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an order granting an additional 30-days in which to file motions so that they will now be due February 22, 2019.

Respectfully submitted,

/s/ DAVID A. NUNEZ_____
David A. Nuñez
Florida Bar No. 646776
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL   33130
Telephone:  305-722-9898
Facsimile:   305-371-9197
Email: david@nunez-law.com

## **CERTIFICATE OF CM/ECF SERVICE**

I HEREBY CERTIFY that on  **January 24 , 2019**    , I presented the foregoing to

the Clerk of the Court for filing and uploading to the CM/ECF system which will send a

notice of electronic filing to the following: **Karen E. Gilbert, AUSA,** Office of the U.S.

Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

By:*/s/ DAVID A. NUNEZ*

David A. Nuñez

3