**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 18-CR-60352-MOORE/SNOW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

      Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME IN WHICH TO FILE PRETRIAL MOTIONS

THIS MATTER having come before the Court on the Defendant's Unopposed Motion for 30-Day Extension of Time in Which to File Pretrial Motions and the Court being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED that Defendant is granted an additional 30-days in which to file pretrial motions and such motions are now due on or before February 22, 2019.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of January, 2019.

 

                                      _____

                                      K. MICHAEL MOORE
                                      CHIEF JUDGE, SD FL.

cc:    Karen E. Gilbert, AUSA
       David A. Nuñez