**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-60352-CR-MOORE**

**UNITED STATES OF AMERICA**

**v.**

**TAYYAB TAHIR ISMAIL,**

   **Defendant.**

_____/

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this First Supplemental response to the Standing Discovery

Order.   This response also complies with Local Rule 88.10 and Federal Rule of Criminal

Procedure 16, and is numbered to correspond with Local Rule 88.10.

   A.   Contained in the production on January 25, 2019, were ten disks; a photo log from
      the residence search; an evidence log from the search of the same residence; a list
      of items contained on the 4TB hard drive; and two 4 TB hard drives.

      On February 1, 2019, the government produced one disk.

   The attachments to this discovery response are not necessarily copies of all the books,
papers, documents, etc., that the government may intend to introduce at trial.

   The government is aware of its continuing duty to disclose such newly discovered
additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules

1

of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:    */s/ Karen E. Gilbert*
KAREN E. GILBERT
Assistant United States Attorney
Florida Bar No. 771007
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9161
Fax: (305) 536-4675
Karen.gilbert@usdoj.gov

cc:    Special Agent Matthew Schempp
FBI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Karen E. Gilbert*
Assistant United States Attorney

2