UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-CR-60352-MOORE

UNITED STATES OF AMERICA,

vs.

TAYYAB TAHIR ISMAIL,

     Defendant.

_____/

**CHANGE OF PLEA MINUTES**
**February 28, 2019**
**Time: 15 Minutes**

On this date, the above-named Defendant appeared in person before the Honorable K. Michael Moore, United States District Judge, with Attorney David Nunez, and said Defendant stated in Open Court that he desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count Two of the Five (5) Count Indictment. Assistant U. S. Attorney Karen Gilbert appeared on behalf of the Government.

After the Defendant was duly sworn, the Court made inquiry as to guilt.  The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

Whereupon:

(X)    The Court postponed sentencing until **May 23, 2019 at 2:00 PM.**  The parties are hereby instructed to notify chambers immediately if the sentencing in this matter is expected to exceed one-half hour.

(X)    The Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

The U.S. Attorney announced any remaining counts would be dismissed on the government's motion at sentencing.

Reporter:        Yvette Hernandez

Court Clerk:        Robin Godwin