**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,  Case No. 18-cr-60352-KMM/LSS

Plaintiff,

v.

TAYYAB TAHIR ISMAIL,

Defendant.

_____/

## NOTICE OF FILING LETTERS
## IN SUPPORT OF SENTENCING PROCEEDINGS

The Defendant, TAYYAB TAHIR ISMAIL, pursuant to the Federal Rules of Criminal Procedure, files these letters in support of sentencing. In furtherance thereof, the Defendant respectfully submits letters from the following individuals:

1. Mohammad Tahir Ismail, *Defendant's father*;

2. Jamila Tahir, *Defendant's mother*;

3. Mohammad Jamil, *Defendant's uncle*;

4. Sofian Zakkout;

5. Muhammad Naseem;

6. Syed L Ali Shah Bukhatri;

7. Khalid M. Mirza; and,

8. Abdul Ghafoor.

WHEREFORE, the Defendant respectfully seeks to supplement his sentencing submission with the attached.

Respectfully submitted,


David A. Nuñez
Florida Bar No.: 646776
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL   33130
Telephone:  (305) 722-9898
Facsimile:   (305) 371-9197
Email: david@nunez-law.com

Neil M. Schuster
Florida Bar No.:  216909
Neil M. Schuster, P.A.
555 NE 15th St., Ste. 2C
Miami, FL 33132
Telephone:  (305) 416-0324
Facsimile:   (305) 416-0325
Email:  neil@neilmschuster.com


## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on **July 17, 2019**, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the following: **Karen E. Gilbert, AUSA,** Office of the U.S. Attorney, 99 N.E. 4th Street, Miami, Florida 33132.

By:_____
David A. Nuñez