July 17, 2019

**Honorable Chief Judge K. Michael Moore**

400 N. Miami Avenue, Room 1-1

Miami, Fl 33128-1807

**Dear Honorable Chief Judge K. Michael Moore:**

My name is Mohammad Tahir Ismail. I am 58 years old. I am Tayyab's father. I was born and raised in Pakistan. I studied economics and political science in college. After graduating, I worked with my father for approximately two years. I decided to move to the United States. In 1980, my sister sponsored my move to Miami, Florida. Life was certainly difficult, but my heart told me to work hard and save money because in this country there is freedom , there is a generous spirit and there is equal opportunity that cannot be found elsewhere and I wanted to be prepared for when it presented. So, for 3 years I drove a taxi all day, sometimes 20 hours in a row; I earned so that I could one day start or buy a business.

In 1983, after driving a taxi for 3 years and saving as much as I could, I purchased a local ice cream shop, Carvel Ice Cream. For the first four months, I could only afford to hire one employee. Eventually, I hired another, but I was at still at the shop 14 hours a day, every day, seven days a week. In 1984, I traveled to Pakistan to marry my wife, Jamila. Tayyab was our first child. He was born in Pakistan, on December 29, 1984. Seven months later, my wife and Tayyab joined me here in the United States. In 1986, the anchor store in the strip mall where the shop was located closed down and as a result, the plaza did not generate enough foot traffic to sustain my shop. In 1986, my second son, Farhan was born. I had no job prospects and no other source of income, so I went back to driving a taxi for extended hours, saving every penny that I could. Eventually I saved enough to lease a second car and rented it to a taxi driver to earn extra money. With the savings from the two taxis, I purchased a gas station in 1989 with two partners.

By 1993 I owned two gas stations and acquired others since then. While I achieved that which I set out to accomplish in this country, I am haunted by the fact that I know Tayyab would not be in this predicament had I been more present in his life, and more importantly, with a kinder, gentler more understanding heart. **The painful truth is that I failed Tayyab.** I did not provide him with love, affection and support that he deserved and desperately needed. I expected and wanted Tayyab to be like me, showing the character to work hard and be focused, but I knew only one way: strong discipline.

It is the way that my father raised me, but Tayyab needed better than that. He was an extremely sensitive boy, introverted, and never fitting in regardless of the environment. I simply did not understand him and was often frustrated by his inability to connect with others. For a long time, I was blind to the fact that Tayyab needed help. I would do anything to be able to start over knowing what I know today. My son is a good man. He is kind, respectful, humble and always ready to help those in need.

My heart broke when I read the letters of support and learned how others saw my son. How did I not see the same? As the head of my family, I must acknowledge that my shortcomings as a father greatly contributed to Tayyab's hardship growing up. I alienated my son, and in the process, left him to manage a horrible condition by himself. I will never forgive myself for that but I must look ahead and embrace the opportunity that God has given me to be there for him today. Tayyab has my unconditional love and support. This experience has been the most difficult of my life. I never could have imagined that anyone in my family would be in Tayyab's position. When deciding the appropriate sentence, I beg Your Honor to consider my words, those of our friends and family that wrote letters of support, the psychologists' reports and Tayyab's rejection of violence altogether. We will never turn our back on him. We will be there for Tayyab upon his release from prison. Things will be different. I now know how to provide him with the care and understanding that he needs. I understand that he must be punished for his actions. I only pray that you show him mercy in light of all that has come to light. Thank you.

Respectfully,

Mohammad Tahir Ismail