July 17, 2019

**Honorable Chief Judge K. Michael Moore**

400 N. Miami Avenue, Room 1-1

Miami, Fl 33128-1807

**Dear Honorable Chief Judge Moore:**

I am Tayyab's mother. I love my son dearly. Our family story is that of many immigrant families. We immigrated to the United States for the great opportunities available to all who come here. My husband worked so hard to improve our lives that he was almost never home on time to share moments with Tayyab. I was a stay-at-home mom for most of Tayyab's youth, but because of his father's absence, I believed I had to teach Tayyab to be strong like his father. As a couple, we speak to our past, what we did and how we raised our son. Like my husband, I did not understand the extent of Tayyab's mental health issues and the effects they had on him. As a result, I did nothing to help his struggles he endured as a young child, the bullying and development issues, were compounded. I wish that I could do things over again, that my husband and I could go back with some of the knowledge that we possess now. Whatever our failings were and we do feel like we could and should have done better as parents, we will always provide Tayyab with the love, affection, understanding and care that he desperately needed in the past and will need so much more in the future. Our regrets cannot change but our future support will be with better knowledge. Tayyab wants to be treated and wants to get better.

Tayyab is not the bad person that he appears to be based upon his actions in his case. He has always been a respectful, quiet, sensitive, compassionate, kind and giving person. I still struggle accepting our reality because I truly believe in my heart that if my husband and I provided our son with a different type of support that he needed, he would not be in this horrible predicament. We now know what his needs are and are fully committed to providing him all the help he will need when he is released from prison. Tayyab would never hurt anyone. I know this. Despite our shame and family suffering as a result of Tayyab's actions, we have not and will never turn our backs on him. We love him dearly and will do whatever we can so that he lives an honorable, productive and meaningful life going forward. We pray that Your Honor consider all the information provided to you in order to come to a fair and just sentence. Please consider his mental health condition and life history, as well as his rejection of violence, in whatever form and for whatever cause. We pray for a future where Tayyab may be reunited with us, his daughters and hopefully even his wife who is presently divorcing him. Our faith lies with God. Thank you.

Jamila Tahir