Mohammad Jamil
776 NW 132 Ct,
Miami, Fl, 33182

July15, 2019

Honorable Chief Judge K. Michael Moore
400 N. Miami Ave., Room 13-1
Miami, Fl, 33128-1807

    Re:    United States v. Tayyab Tahir Ismail, Case No.  18-cr 60352-KMM

Dear Chief Judge Moore,

My name is Mohammad Jamil, resident of Miami-Dade county and citizen of United States of America
since 1987.
Tayyab is my Nephew and son of my sister. I know him since 1984 when he was few months old and
saw him grow up. He was always respectful to elders, relatives, neighbors and everyone he met. He was
a great emotional help when there was a break in to my Food store and I had a big financial loss. He was
always there when I was sick.

He was always ready to help when any body ever asked him for any kind of help. He was helping people
he knew and people he was working with by paying for their house rent, paying for books and
education, helping them medical bill of their wife's sickness or anybody need ride to go some where,
feeding poor and homeless people.

There was a time when he was under big depth because his generous expenses and his father help him to
pay off his depth.

He is a very loving father, cares and love his wife, parents and grand mother.

I don't know how this kind, soft spoken, charitable and caring person who was always ready to help any
body in need got distracted and influenced to do something which took him to wrong side which put him
in great trouble.

I respectfully request your honor while sentencing please be compassionate and merciful
for the sake of his two young daughters, his wife, parents and his old grand mother. Thank you.

Sincerely

Mohammad Jamil