

**BOARD OF DIRECTORS**

Sofian Abdelaziz Zakkout,
*Director of AMANA*
Shazam Mohammed, V. Pres.
Mustafa Nassar, *V. President*
Hatem Bamieh, Board
Wilfredo Amr Ruiz, Esq.
*Director, Puerto Rico office*
Anwar Goodwin, *NV office*
Dr. Casey Homasy, *MI office*
Fiazool Khan, *NY office*
Khalid Singh, *Orlando office*
Kamaluddin Mohammad,
*AMANA Radio Host*

**LEGAL ADVISORS**

Wilfredo Amr Ruiz, Esq.
Taghrid Hassan, Esq.

**AMANA MEMBERS AT:**

. Member at the Islamic Counsel
  of Community Leaders, ICCL
. *AMER,* American Muslims
  for Emergency & Relief.
  www.amerelief.com
. Co Chair at: JADA, Jewish
  Arab Dialog Association.
. *Board Member at:*
  Miami-Dade Crime Stoppers
  www.crimestoppersmiami.com
. Executive *Board Member at:*
  Miami-Dade Crime Watch
  www.citizenscrimewatch.com
. CRB, Community Relation
  Board of Miami-Dade County
  www.miamidade.gov/crb/crb_mbrs.asp

*Affiliates:*






● ● ●
AMANA OFFICE
73 NW 166 Street
Miami, FL 33169, USA
Office: 305-898-9314
E-mail:
amanavoice@gmail.com

---

**American Muslim Association of North America, AMANA**
*"Bringing Communities Together is AMANA Mission!"*



**July 16, 2019**

Honorable Chief Judge K. Michael Moore
400 N. Miami Avenue, Room 13-1
Miami, FL 33128-1807

Re: United States V. Tayyab Tahir Ismail, Case No. 18-cr-60352-KMM

Dear Chief Judge Moore,

This letter concerns a member in my community which I know him
personally and I know his family as well for more than 15 years.

I am the director of a non for profit organization A.M.A.N.A., stands for the
American Muslim Association of North America. Also I am part of other
organizations listed below. We rely in our programs in volunteers to achieve
our missions. One of our most important programs in the past was when we sent
three containers of food, clothes and medicines to the Katrina's victims.

Also we do services and reaching out to the homeless, one parent mothers and
individuals in need. We usually do announcements to bring volunteers.

I remember that Mr. Tayyab Ismail always was one of the first responders.
I really did appreciate him when he left his lunch break once to come to our
center and to be part in one of our programs.

When I remember Mr. Tayyab Ismail I really remember a person who is very
calm, gentle, and very patient especially when I rush him to finish sooner.

I learned in my more than 20 years of working with volunteers that people who
like to help the others are kind and peaceful people. I wonder if I see a person
who is committed to help the others would hurt them or even hurt animals.

Please do not hesitate to call me for more information.

Sincerely,

Br. Sofian Zakkout
- A.M.A.N.A. Director,
- The Director of A.M.E.R., the American Muslis for Emergency and Relief, Inc.
- A member at the South Florda Imams.
- Executive Board Member at Miami-Dade Crime Stoppers
- Executive Board Member at Miami-Dade Crime Watch

Direct phone: 305-898-9314
E-mail: amanavoice@gmail.com