Muhammad Naseem
1705 W 56 St
Hialeah, Fl. 33013

July 12, 2019

Honorable Chief Judge K. Michael Moore
400 N. Miami Ave., Room 13-1

 Re: United States v. Tayyab Tahir Ismail, Case No. 18-cr 60352-KMM

Dear Chief Judge Moore,

My Name is Muhammad Naseem. Tayyab was my coworker and friend. I know him
since 15 years. During this period I found him very helpful, honest, trustworthy and
caring. He was the person all our coworkers and people of the area love most because he
was the kind of person who used to help every body who reach him and asked for help
regardless they were coworker or customer any body from the area or a homeless person.
I have seen him helping poor people from area buy them food and for homeless buying
for them food, clothing and shoes. He also helped a co worker paying for his college fee
and books. He was such a caring person who many a times borrowed money to help
coworkers and people in need. He never said no to coworkers if they had to take a day off
or had to leave early. He use to cover for them. He was respectful and friendly to the
coworkers, customers and poor people of the area.
I have known his family since long time. He was always respectful to parents, family
friends and every body he was in touch with. He was good caring and loving person to
his daughter and his wife. He always visited the family and friends if any body was sick.

 Your honor I please ask that have mercy on him so that he continue work as a caring
generous member of the society

Sincerely

Muhammad Naseem