Syed L Ali Shah Bukhari
16268 SW 4 St.
Pembroke Pines, Fl, 33027

**Honorable Chief Judge K. Michael Moore**
400 N. Miami Ave., Room   13-1
Miami, Fl, 33128-1807

Re: United States v. Tayyab Tahir Ismail, Case No.   18-cr 60352-KMM

My name is Syed L Ali Shah Bukhari resident of Pembroke Pines Fl, 33027. I am a
senior citizen. I know the family of Tayyab Ismail . He and his family are human
friendly always help the needy. He is respectful to everybody he knows. One of the
positive thing in him he do not lie and do not back bite.
Seven years ago I became sick and was admitted to Memorial West Hospital in
Miramar Fl. I had bacteria attack and my kidneys an lungs were affected. I
survived but was unable and could not walk. Tayyab's sympathy and Moral support
help me recover. Tayyab's care and visitation not only to me but also my family and
spend time and money.
An year ago I had a heart attack and Tayyab help me a lot and encouraged me to
recover. When I found Tayyab was arrested it was shocking and very unbelievable
to me because he was the kind of person who respected all humans and pray for the
dead and help everybody in need.

Your Honor I highly beg your mercy for any mistake Tayyab has made please
forgive him so that he can start a new life helping the needy and encourage them in
the difficult time.

Sincerely

Syed L Ali Shah Bukhatri