Honorable Chief Judge K.Michael Moore
400 N.Miami Ave- Room 13-1
Miami, Fl 33128-1807

RE - United States v. Tayyab Tahir Ismail
Case No 18-cr-60352-KMM

Dear Judge Moore,

My name is Khalid Mirza, I have known Tahir Ismail and his family for the past 30 years.

I have known Tayyab since he was a child playing with my nieces and nephews as well as other childhood friends from the community during family gatherings at houses or picnics in the park.

I have lived in South Florida for the past 40 years. I have owned and managed multiple businesses including a "5 star" Nursing and Subacute Rehab Center in Miami.

I am President of U.H.I. Community Care Clinic, a free preventive care facility in Miami Gardens for the uninsured and underprivileged.
I am Chairman of ICGM (Islamic Center Of Greater Miami
On the Board of AIJ (American for Immigrant Justice)
Founding member of COSMOS (Coalition of South Florida Muslim Organizations)
Actively involved in interfaith bridge building an outreach.
Member of Miami Dade CORE Communities
Past president Alzheimer's Association of greater Miami.

Tayyab was always very respectful to all the elders and in general to everyone in the community. His behavior appeared to be normal, but he was usually quiet and liked to help those who are underprivileged without bragging about it. He demonstrated a concern with human welfare. In his quiet way he was compassionate with the homeless volunteering at different shelters. I have seen him many times when I stopped by the gas station where he worked, giving food and sodas or water to those who could not pay, giving bus fare to those who did not have money for transportation, to poor or homeless people in need.

He volunteered at:
Cosac Homeless Shelter
4700 SW 51st St., #208,
Davie, FL, 33314.

Broward Partnership
920 N.W. 7th Avenue
Lauderhill, FL 33311.

Broward Outreach Center Hollywood
2056 Scott Street, Hollywood, Florida, 33022.

As with many Pakistani American kids during their middle and high school years seem to have problems with "not fitting in" with the rest of the kids, Tayyab did not want to continue going to high school. At that time bullying was a problem but it was not addressed as it is today.

I am aware of the charges Tayyab has pled guilty to and why he is paying his debt to society.
Knowing him as a child, it was very shocking to hear such terrible news.

I know that Tayyab is very remorseful for what he did. In conversations with his father, I understand that he became more and more isolated and the computer seemed to be his friend, unfortunately no one knew what he was doing on the computer.

Tayyab is a young man with 2 young children, he needs professional mental health so he can be rehabilitated and if needed properly medicated to be able to cope with the society we live in.

Honorable Chief Judge Moore, I respectfully ask that you will allow him to see his daughters grow into beautiful young ladies, be able to spend time with them before they marry or go to college. I respectfully request for leniency and mercy when sentencing Tayyab. He has a very supportive family that will cooperate with any recommendations you and the court may have.

Thank you in advance for your time.

Sincerely,

Khalid M. Mirza