**July 12, 2019**

## Honorable Chief Judge K. Michael Moore

**400 N Miami Ave.Miami, FL 33128**
**Re: United States v. Tayyab Tahir Ismail**

Dear Chief Judge Moore,

I, Abdul Ghafoor am writing this letter on behalf of Tayyab Ismail. I have been living in Florida since 1994. I have known Tayyab for more than 15 years now. I am a distributor for general merchandise. I have gone to Tayyab place of work many times over the years to do deliveries. He has always treated me with great respect and is very good with dealing with our business matters. Every time I used to come to the store he would help me bring in the merchandize for the store. He would pay his bill on time every time. I remember a time when I was waiting to be paid and there was an argument between a customer and one of his employees. Tayyab came from his office and calm the customer down. Tayyab handled the incident very calming instead of throwing the customer out and making the incident esculate even more. He offered the customer a drink and something to eat and offered his apology even though the customer was wrong. Tayyab later gave him $10. The employee stated that the customer gave him $10 but the customer insisted it was $20. Later I was thinking the customer could have come back and done something bad to the employee but with Tayyab being nice and handling the situation in a positive way, the customer left happy. Tayyab is a kind and compassionated person who has two beautiful daughters and a lovely wife. I humbly ask for leniency and mercy when sentencing Tayyab. If not for his friends and family but do it for his daughters which he will lose so much precious time with. I myself have two daughters and I know how important a relationship is between a father and his daughters. Thank you for your time.

Sincerely,

Abdul Ghafoor