

I would like a copy of my criminal docket sheet and also my sentencing transcripts and a copy of my plea agreement, please and thank you.

TAYYAB   TAHIR   ISMAIL

*Tayyab Ismail*

April 14, 2023

Case Number: 113C  0:18CR60352
USM Number: 19477-104

TAYYAB TAHIR ISMAIL
REGISTER NUMBER 19477-104
FCI BENNETTSVILLE
P. BOX 52020
BENNETTSVILLE, SC 29512

COLUMBIA SC 290

17 APR 2023 PM 2 L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FL 33128-7788

33128-180549